IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12-cv-01471-YK |
| | ) | |
| BERNARD I. HERBST, | ) | |
| doing business as | ) | |
| NITTANY LINES HOBBIES; and | ) | |
| CINDY B. HERBST, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Having considered the United States' motion for default judgment,

any response(s) thereto, the applicable law, and the entire record of this

case; and finding that the United States will be prejudiced if the Court

denies default judgment, that the defendants appear to have no litigable

defense, that the defendants' default is due to their own culpable conduct,

and that alternative sanctions would not be effective, it is hereby

ORDERED that the United States' motion for default judgment is

GRANTED and Default Judgment should be entered in favor of the United

States as to all counts of its Complaint and as to all parties; and it is

FURTHER ORDERED that the Clerk shall enter the attached

Judgment as a separate entry on the docket of this case.

The Court will enter a separate Order of Sale of the real property

located at 1221 William Street, State College, Pennsylvania, and the

proceeds of such sale will be distributed by future Order of this Court.

Dated:  November 29, 2012.


_s/ Yvette Kane_____
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12-cv-01471-YK |
| | ) | |
| BERNARD I. HERBST, | ) | |
| doing business as | ) | |
| NITTANY LINES HOBBIES; and | ) | |
| CINDY B. HERBST, | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFAULT JUDGMENT**

In accordance with the Court's Order, Default Judgment is entered as

follows:

(1)    Bernard I. Herbst was indebted to the United States in the

amount of $295,696.20 as of March 28, 2012, plus all interest and statutory

additions pursuant to 28 U.S.C. § 1961 and 26 U.S.C. § 6621 that have

accrued on the unpaid balance since March 28, 2012 and that accrue

hereafter until the liabilities are fully paid, in connection with the federal

tax assessments made against him for the following tax liabilities:

1

| Type of Tax | Tax Period Ending On | Assessment Date |
|---|---|---|
| Employment (Form 941) | 06/30/1997 | 07/14/2008 |
| | 06/30/1998 | 10/06/2008 |
| | 09/30/1998 | 07/14/2008 |
| | 12/31/1998 | 06/30/2008 |
| | 03/31/1999 | 06/30/2008 |
| | 06/30/1999 | 06/30/2008 |
| | 09/30/1999 | 06/30/2008 |
| | 12/31/1999 | 06/30/2008 |
| | 03/31/2000 | 06/30/2008 |
| | 06/30/2000 | 03/01/2010 |
| | 09/30/2000 | 03/01/2010 |
| | 12/31/2000 | 03/01/2010 |
| | 03/31/2001 | 06/30/2008 |
| | 06/30/2001 | 06/30/2008 |
| | 09/30/2001 | 06/30/2008 |
| | 12/31/2001 | 06/30/2008 |
| | 03/31/2002 | 01/04/2010 |
| | 06/30/2002 | 10/05/2009 |
| | 09/30/2002 | 10/05/2009 |
| | 12/31/2002 | 10/05/2009 |
| | 03/31/2004 | 04/07/2008 |
| | 06/30/2004 | 04/07/2008 |

| | | |
|---|---|---|
| Employment (Form 941) [cont'd] | 09/30/2004 | 03/31/2008 |
| | 12/31/2005 | 03/31/2008 |
| | 03/31/2008 | 10/06/2008 |
| | 06/30/2008 | 10/06/2008 |
| | 09/30/2008 | 02/16/2009 |
| | 12/31/2008 | 05/04/2009 |
| Unemployment (Form 940) | 12/31/1996 | 06/23/2008 |
| | 12/31/1998 | 06/30/2008 |
| | 12/31/2000 | 01/04/2010 |
| | 12/31/2002 | 10/05/2009 |
| | 12/31/2003 | 04/21/2008 |
| | 12/31/2004 | 04/21/2008 |
| | 12/31/2005 | 04/21/2008 |
| | 12/31/2006 | 04/07/2008 |
| | 12/31/2007 | 04/07/2008 |
| | 12/31/2008 | 05/04/2009 |
| Civil Penalty (IRC § 6721) | 12/31/2006 | 09/21/2009 |

(2)     The United States has valid and subsisting tax liens against

Bernard I. Herbst that attached to his interest in the Real Property located

at 1221 William Street, State College, Pennsylvania ("the Real Property"),

those tax liens are hereby foreclosed, and the Real Property shall be sold by

the Internal Revenue Service.


        Dated this ___ day of _____, 20____.



                              MARY D'ANDREA
                              Clerk of Court


                              By:


                              _____
                                  Deputy Clerk




4