IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12-cv-01471-YK |
| | ) | |
| BERNARD I. HERBST, | ) | |
| doing business as | ) | |
| NITTANY LINES HOBBIES; and | ) | |
| CINDY B. HERBST, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Having considered the United States' motion for default judgment, any response(s) thereto, the applicable law, and the entire record of this case; and finding that the United States will be prejudiced if the Court denies default judgment, that the defendants appear to have no litigable defense, that the defendants' default is due to their own culpable conduct, and that alternative sanctions would not be effective, it is hereby

ORDERED that the United States' motion for default judgment is GRANTED and Default Judgment should be entered in favor of the United States as to all counts of its Complaint and as to all parties; and it is

FURTHER ORDERED that the Clerk shall enter the attached Judgment as a separate entry on the docket of this case.

The Court will enter a separate Order of Sale of the real property located at 1221 William Street, State College, Pennsylvania, and the proceeds of such sale will be distributed by future Order of this Court.

Dated: November 29, 2012.

                                          _s/ Yvette Kane_____
                                          Yvette Kane, Chief Judge
                                          United States District Court
                                          Middle District of Pennsylvania

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12-cv-01471-YK |
| | ) | |
| BERNARD I. HERBST, | ) | |
| doing business as | ) | |
| NITTANY LINES HOBBIES; and | ) | |
| CINDY B. HERBST, | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFAULT JUDGMENT**

In accordance with the Court's Order, Default Judgment is entered as follows:

(1)     Bernard I. Herbst was indebted to the United States in the amount of $295,696.20 as of March 28, 2012, plus all interest and statutory additions pursuant to 28 U.S.C. § 1961 and 26 U.S.C. § 6621 that have accrued on the unpaid balance since March 28, 2012 and that accrue hereafter until the liabilities are fully paid, in connection with the federal tax assessments made against him for the following tax liabilities:

1

| Type of Tax | Tax Period Ending On | Assessment Date |
|---|---|---|
| Employment (Form 941) | 06/30/1997 | 07/14/2008 |
| | 06/30/1998 | 10/06/2008 |
| | 09/30/1998 | 07/14/2008 |
| | 12/31/1998 | 06/30/2008 |
| | 03/31/1999 | 06/30/2008 |
| | 06/30/1999 | 06/30/2008 |
| | 09/30/1999 | 06/30/2008 |
| | 12/31/1999 | 06/30/2008 |
| | 03/31/2000 | 06/30/2008 |
| | 06/30/2000 | 03/01/2010 |
| | 09/30/2000 | 03/01/2010 |
| | 12/31/2000 | 03/01/2010 |
| | 03/31/2001 | 06/30/2008 |
| | 06/30/2001 | 06/30/2008 |
| | 09/30/2001 | 06/30/2008 |
| | 12/31/2001 | 06/30/2008 |
| | 03/31/2002 | 01/04/2010 |
| | 06/30/2002 | 10/05/2009 |
| | 09/30/2002 | 10/05/2009 |
| | 12/31/2002 | 10/05/2009 |
| | 03/31/2004 | 04/07/2008 |
| | 06/30/2004 | 04/07/2008 |

| | 09/30/2004 | 03/31/2008 |
|---|---|---|
| | 12/31/2005 | 03/31/2008 |
| Employment (Form 941) [cont'd] | 03/31/2008 | 10/06/2008 |
| | 06/30/2008 | 10/06/2008 |
| | 09/30/2008 | 02/16/2009 |
| | 12/31/2008 | 05/04/2009 |
| Unemployment (Form 940) | 12/31/1996 | 06/23/2008 |
| | 12/31/1998 | 06/30/2008 |
| | 12/31/2000 | 01/04/2010 |
| | 12/31/2002 | 10/05/2009 |
| | 12/31/2003 | 04/21/2008 |
| | 12/31/2004 | 04/21/2008 |
| | 12/31/2005 | 04/21/2008 |
| | 12/31/2006 | 04/07/2008 |
| | 12/31/2007 | 04/07/2008 |
| | 12/31/2008 | 05/04/2009 |
| Civil Penalty (IRC § 6721) | 12/31/2006 | 09/21/2009 |

(2)   The United States has valid and subsisting tax liens against Bernard I. Herbst that attached to his interest in the Real Property located at 1221 William Street, State College, Pennsylvania ("the Real Property"), those tax liens are hereby foreclosed, and the Real Property shall be sold by the Internal Revenue Service.

Dated this ___ day of _____, 20____.

        MARY D'ANDREA
        Clerk of Court

        By:

        _____
        Deputy Clerk